No: 23-2247

United States of America

Plaintiff - Appellee

v.

Jeremy Young Hutchinson

Defendant - Appellant

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:19-cr-03048-BCW-3)

**JUDGMENT**

Before COLLOTON, Chief Judge, MELLOY, and GRUENDER, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 22, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Maureen W. Gornik